AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Fleetwood "Bounder" Recreational Vehicle<br>Believed to be utilized by federal fugitive<br>Rocky Creed Kelly | )<br>)<br>)   Case No. *1:23mj00012*<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Virginia. *(identify the person or describe the property to be searched and give its location)*:

Fleetwood "Bounder" Recreational Vehicle to be searched for fugitive Kelly. The recreational vehicle is parked at the Deer Trail Park Campground, Inc., located in Wytheville, Virginia. See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Apprehension of federal fugitive Rocky Creed Kelly (DOB: 12/10/1987), wanted in the Northern District of Georgia, Gainesville division, for Failure to Appear, case number (2:20CR0030- SCJ). See Attachment C.

**YOU ARE COMMANDED** to execute this warrant on or before ___February 16, 2023___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Pamela M. Sargent _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    ___2/2/23 @ 4:25 p.m.___               _Pamela Meade Sargent_
                                                                                            *Judge's signature*

City and state:      Abingdon, Virginia                      Honorable Pamela M. Sargent, US Magistrate Judge
                                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Attachment B**

Place to Be Searched

The Fleetwood "Bounder" Recreational Vehicle parked at lot C11 at the Deer Trail Park Campground in Wytheville, Virginia. The following is a photograph of the Recreational Vehicle:



4

## Attachment C

Items to be Searched for and Seized

1. Rocky Creed KELLY, who is currently a fugitive.